# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124 Fax: (914) 997-6872

**MEMO ENDORSED**

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

December 16, 2020

BY ECF and MAIL

The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quaroppas Street
White Plains, New York 10601

Re: **United States v. Mark A Martin**
20 Cr, 447(KMK)

Dear Judge Karas;

This letter is to request an adjournment of the pretrial conference of Mr. Mark Martin from today, December 16, 2020 to an available date in three weeks or at the Court's convenience. Mr. Martin is currently detained at Westchester County Jail. I have spoken to Jeffery Coffman, A.U.S.A. and he does not object to this request. We consent to the waiver of time under the Speedy Trial Act until the next conference. We thank the Court in advance for your kind consideration.

Respectfully submitted,
/s/
Susanne Brody

cc: Jeffery Coffman, A.U.S.A.
Mr. Mark A. Martin

Granted. The Court will adjourn the conference to 1/13/21 at 11:00
Time is excluded until then, in the interests of justice and which interests outweigh Defendant's and the public's interest in a speedy trial.

So Ordered.
[signature]
12/18/20