UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

United States,

    -against-

Mark A. Martin,

    Defendant.

---------------------------------------------------------x

ORDER

Docket No. 20 CR 00447 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Daniel Hochheiser, Esq., is to assume representation of the defendant in the above captioned matter as of March 22, 2021. Mr. Hochheiser is appointed pursuant to the Criminal Justice Act. His address is 2 Overhill Road, Suite 400, Scarsdale, NY 10583, phone number (646) 863-4246; Email: dah@hochheiser.com. Susanne Brody is relieved as counsel.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       March 22, 2021