**MEMO ENDORSED**

*Law Offices of*
*Daniel A. Hochheiser*
Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

June 27, 2021

Via ECF and email
Hon. Kenneth M. Karas
United States District Judge
300 Quarropas Street
White Plains, New York 10601

Re:   *USA v. Mark A. Martin*, 20 Cr. 447 KMK
      REQUEST FOR ADJOURNMENT OF CONFERENCE

Your Honor:

My client, Mark A. Martin, requests an **adjournment** of the status tele-conference scheduled for June 29, 2021 to a date **on or after July 30, 2021**. I have conferred with AUSA Jeffrey Coffman concerning this application. The Government has **no objection** to this request. The basis for this request is that the parties are engaged in plea discussions and need approximately 30 days to pursue a potential pre-trial resolution.

Granted. The conference is adjourned to 8/ 5 /21, at 1:00 PM. Time is excluded until then, in the interests of justice, to allow the Parties to discuss a disposition of this case. The interests of justice from this exclusion outweigh the public's and Mr. Martin's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

Respectfully submitted,

So Ordered.
/s/ K.M.K.
6/28/21

Daniel A. Hochheiser

Cc: AUSA Jeffrey Coffman via ECF and email