# Law Offices of
# Daniel A. Hochheiser

Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

**MEMO ENDORSED**

May 31, 2022

Via ECF and email
Hon. Kenneth M. Karas
United States District Judge
300 Quarropas Street
White Plains, New York 10601

Re:   USA v. Mark A. Martin, 20 Cr. 447 KMK
      REQUEST FOR PERMISSION BY CJA COUNSEL TO FILE INTERIM VOUCHERS

Your Honor:

Since March 21, 2021, I have served as assigned counsel to Martin pursuant to the Criminal Justice Act. Please endorse this application to permit me to file interim vouchers on the eVoucher system.

Granted.

So Ordered.

5/31/22

Respectfully submitted,

Daniel A. Hochheiser